UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISAAC KRIEGMAN,<br><br>PLAINTIFF,<br><br>vs.<br><br>THOMSON REUTERS, MELISSA BUDDE, CRISTINA JUVIER, ISABELLE MOULINIER, and KAMI PETERSON,<br><br>DEFENDANTS. | Docket No. 1:24-cv-11489-MJJ<br><br>Date: January 23, 2025 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that all claims in the above-entitled action by Plaintiff against Defendants Thomson Reuters, Melissa Budde, Cristina Juvier, Isabelle Moulinier, and Kami Peterson may be, and hereby are, dismissed with prejudice, with each party to bear its own costs, including attorney's fees.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer L.M. Jacobs* | */s/Michael Thad Allen* |

Jennifer L. M. Jacobs (MN # 0328753)
(admitted pro hac vice)
David W. Asp (MN #0344850)
(admitted pro hac vice)
Antonia M. Konkoly (MN # 0504377)
(admitted pro hac vice)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
dwasp@locklaw.com
jlmjacobs@locklaw.com
amkonkoly@locklaw.com

Stephen J. Teti (BBO # 569332)
LOCKRIDGE GRINDAL NAUEN PLLP
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 535-3763
sjteti@locklaw.com

*for Defendants*

Michael Thad Allen
Reg. No. 5358726
ALLEN HARRIS PLLC
PO Box 404
Quaker Hill, CT 06375
Tel: (860) 345-5310
mallen@allenharrislaw.com

*for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on the date that appears in the caption of this document.

*/s/Michael Thad Allen*
Michael Thad Allen, Esq.